AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
District of Columbia

2021 JAN 19 AM 9:49

| United States of America | ) |
|---|---|
| v. | ) |
| SIMONE MELISSA GOLD | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

21MJ00271

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Simone Melissa Gold                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Restricted Building or Grounds

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct

Date:   01/13/2021

G. Michael Harvey
2021.01.13 19:07:29
-05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Simone Melissa Gold
Known aliases: N/A
Last known residence: 324 S. Beverly Dr #908 Beverly Hills, CA 90212
Prior addresses to which defendant/offender may still have ties: 1101 Glenville Dr Los Angeles 90035; 14011 Ventura Blvd Ste 302 Sherman Oaks, CA 91423
Last known employment: N/A
Last known telephone numbers: 310-210-6458, 310-508-0464, 310-896-8010
Place of birth: N/A
Date of birth: 11/06/1965
Social Security number: 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
Height: N/A    Weight: N/A
Sex: Female    Race: White
Hair: Brown    Eyes: N/A
Scars, tattoos, other distinguishing marks: N/A

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*: N/A

FBI number: N/A
Complete description of auto: N/A

Investigative agency and address: Federal Bureau of Investigation, Washington Field Office
601 4th St NW Washington, D.C. 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A